Hand-Delivered

FILED
CHARLOTTE, NC

JUN 0 5 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __North Carolina__
__4th__ Division

Case No. __3:25-CV-374-FDW__
(to be filled in by the Clerk's Office)

__Tony Lurue Clark Jr.__
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Mecklenburg County Sheriffs Vital Case__
__Mecklenburg County Courts__
__Charlotte Mecklenburg Police__
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tony Lurue Clark Jr.
Address: 2825 Morson St
City: Charlotte  State: NC  Zip Code: 28208
County: Mecklenburg
Telephone Number: (862) 297-5592
E-Mail Address: Lurueclark42@icloud.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mecklenburg County Sheriffs
Job or Title (if known): Government Agency
Address: 700 E 4th St
City: Charlotte  State: NC  Zip Code: 28202
County: Mecklenburg
Telephone Number: (704) 336-8100
E-Mail Address (if known): www.mecksheriff.com
[ ] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Sgt. Fennell
Job or Title (if known): Lieutenant
Address: N/A
City: —  State: —  Zip Code: —
County: —
Telephone Number: —
E-Mail Address (if known): —
[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Stafford or Stratford
Job or Title (if known): Sheriff officer
Address: N/A
City / State / Zip Code
County: Mecklenburg
Telephone Number: N/A
E-Mail Address (if known): N/A
[✓] Individual capacity   [ ] Official capacity

Defendant No. 4
Name: Chilosm
Job or Title (if known): Sheriff
Address: NA
NA
City / State / Zip Code
County: NA
Telephone Number: N/A
E-Mail Address (if known): NA
[✓] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Article: North Carolina's Declaration of Rights Fertile ground in Federal good Climate 36 N.C. Cent. L. Rev. 145 G.S. 164-105.17 G.S. 164-10.20 U.S. Const. IV U.S. Const. Amend. 8 U.S. Const. amend. I U.S. Const. amend. 14 N.C. Const. art 1, 27 N.C. Const. art 1 §19 N.C. Const. art 1 §17 U.S. Const. amend. XIV §1. N.C. Const. art 1 §16 N.C. Const. art 1 §13 N.C. Const. art 1 §14 N.C. Const. art 1, §19

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Tony Lurue Clark JR.
All other names by which you have been known:
ID Number:
Current Institution:
Address: 2825 Morson St
Charlotte    NC    28208
City    State    Zip Code

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Vital Core
Job or Title *(if known)*: Medical entity
Shield Number:
Employer:
Address: 805 S Wheatley St, Suite 340
Ridgeland    MS    39157
City    State    Zip Code
[ ] Individual capacity    [✓] Official capacity

Defendant No. 2
Name: Ali Haal
Job or Title *(if known)*: Provider
Shield Number: N/A
Employer: Vital Core
Address: N/A
N/A    N/A    N/A
City    State    Zip Code
[✓] Individual capacity    [ ] Official capacity

Defendant No. 3
Name: Mecklenburg County Courts
Job or Title (if known): Courthouse
Shield Number:
Employer:
Address: 832 E 4th St
Charlotte, NC 28202

[ ] Individual capacity [✓] Official capacity

Defendant No. 4
Name: Judge Cecilia Oseguera
Job or Title (if known): Judge
Shield Number:
Employer:
Address: 832 E 4th St
Charlotte, NC 28202

[✓] Individual capacity [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. ~~amend~~ U.S. ~~God~~ [scribbled out]

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Name: Charlotte Mecklenburg Police
Number: 911
Job title: law enforcement officers
Address: Precinct that is in control of patrolling
2825 Morson St Charlotte, NC 28208
☒ Official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Stratford or Stafford would not allow me to speak to a Superior officer and allow me to stay incarcerated when I was in custody. Sgt Fewell would allow me to speak to a superior officer allowed me to stay incarcerated when I was released by Judge. I was released on a Friday at Court. Sgt Chilsom denied me religious Rights

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

832 E. 4th St, Charlotte NC 28202
700 E. 4th St, Charlotte NC 28202
2825 Morson St, Charlotte, NC 28208

B. What date and approximate time did the events giving rise to your claim(s) occur?



4/9/24 to 4/26/24
4/26/24 to 4/28/24

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I wasn't able to get released from jail for extra two days back in April of last year. because of officer Stratford or Stafford q Sgt Fewell as well they would allow me to speak to superior officer to get released after a Judges order. Sgt Chilsom or Sheriff Chilsom denied me going to Bible study for a half hour, Officer Douglas overrode it and allowed me to go. Attached papers for times. The Kiosk in Mecklenburg County Jail has all approx times I filed grievances living a paper trail of everything that occured.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I was a gunshot victim innocent bystander. I was denied medical treatment by Vital Core. The whole time I was there they did nothing for my medical needs. Provider Ali Haal who is or was employed by Vital Core. This all occured when I was still in recovery process due to my surgery of my right lower leg.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to be awarded 3.5 million from each entity for violating my rights as a U.S. citizen. Breakdown of what I feel I should be granted is on the attach papers.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/29/25

Signature of Plaintiff

Printed Name of Plaintiff: Tony Lurue Clark Jr.

B. **For Attorneys**

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City     State     Zip Code

Telephone Number
E-mail Address

# Courts 2025    Courtan 4330

On 4/21/25 at Video Arraingment Judge Cecilia Osegueva alloted me a bond of one hundred fifty thousand dollars a excessive amount. This bond was for a non violent crime. Ex post facto should not come into consideration of charges unless at sentencing for means of a conviction. The charges at hand are "alleged" and should be handle with regards of civil rights. She violated N.C. Const. art 1, 27 U.S. Const. amend XIII, §1 VIII N.C. Const. art 1, §19 N.C. Const. art. 1, §17 U.S. Const. amend XIV§

If your honor would award me Tony Lurve Clark JR. one million dollars for these violations and responsible party be held accountable for there actions. At video "Arraigment" I should of had a fair reasonable bond for a non-violent crime. I'm taxing paying citizen Security guard, IT worker by Occupation. Social media promoter. I was discriminated against N.C. Const. art §1 My happiness Job lost endanger of losing my home. I was deprived my rights as a U.S. Citizen. My Rights, Liberty, life and probety. I feel I don't have equal protection of the law due to the action taking against me in the court of law.

G.S. 164-10§17    U.S. Const amend. 14
U.S. Const. amend. 8

Article: North Carolina's Declaration of Rights Fertile Ground in a Federal Climate, 36 N.C. Cent. L. Rev 145

# Mecklenburg County Sheriffs (2024)(2025)

On May 9th 2025 my rights where violated. Sgt or Sheriff Chiles in Mecklenburg County. I was denied bible study for thirty minutes in Pod 1900 Approx 2000hrs to 2030 hrs. this is a violation of U.S. amend 1, N.C. Const. Is 13 (2024) No Sheriff officer listed would allow me to speak to a Superior officer. I had to get unethical just to recieve some type of result. Wasn't till I was able to see Captain VanAllen that I was able to get released two days after Judge released me. Every excluding Captain VanAllen refused to do their duties holding me against my own free will - violating N.C. Const, Is 30 U.S. Const. amend. 1X. If your honor would award me Tony Lune Clark Sr. one million dollars for the violations of Mecklenburg County Sheriffs.

N.C. Const. art Is. 13,14

U.S. Const. amend 1,
U.S. Const amend 8.

# CMPD

On Sunday April 13th 2025 CMPD & DPS Probation Quarted me in my home. Tony Lurve Clark Sr. Security guard by occupation. Social media promoter. All officers involved unkown names. Violated my rights as a U.S. Citizen U.S. Const. amend. III N.C. Const. art 1, s 31; The whole incident was recorded rather for training purposes or not. No one shall violate U.S. Const amend. XIV s 1, N.C. Const. art. 1 s 19; Unknown what the discrimination was for. I was disseized of my freehold, Liberties and Privileges. I was deprived of my life, Liberty and Property. I feel I don't have equal protection of the laws or Physical protection of the Public Safety Officers or Charlotte Mecklenburg Police officers. If your Honor would award me a million dollars for these violations. Promised moving forward as a resident of the state of North Carolina that I will be protect by the entity we support as tax payers to up hold their oaths they were sworn into to not only uphold Authority but to Know the law and abide by them as well. Protecting us as US Citizens, not Put in fear of their lifes like what was done to me.

G.S. 14A-10.5.17 G.S. 14A-10.5.20

Vital Core Provider Alli Haal

The entire time I was incarcerated in Mecklenburg County Jail April of 2024 still in recovery as a innocent by Stander gun shot victim, I was my medical needs which is medical malpractices. I also wasn't given a ace bandage after a slip & fall in April of 2025. All grievance are recorded on Kiosk relating to all Parties in this case. Hallway of 1900 pod my knee is making a pop sound (left knee) Transportation officer Magwood witness this incident. No wet floor sign was down where I feel.

I would like to be award 5 million dollars.

Medical Malpractice.

I feel I have proven my case. I have lost alot I'm on the verge of beening envicted from my home. I was homeless a year and eight months last year. I'm not trying to go through that again. I have family to support of blood relation and not of blood relation. I have 6 Biogical kids three young adults and three who are underage. who I am trying to get visitation for. I start fall semester at Grayon Cayon University studying law. I'm community activist mentor that helps the younger generations. I'm a young entrepreneur. I feel I have found majority of the facts in this case. Asking to Supena from Mecklenburg County Jail, Courthouse, and Cmpd body Cam, Probation video recorder, Transcripts from Court Rm 4330 video Transcripts as well. I would like all person involved to not lose their jobs but to be held accountable for there actions as your honor sees fit. To Learn the Bill of Rights. I would like a written and public apology. to me directly if deemed by your honor. For embracing in front of my neighbors and peers in the community and my family as well.

Sincerly,
Tony L. Clark JR.