Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina
__4th__ Division

Tony Lurue Clark JR.

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Mecklenburg County Sheriffs.
Vital Core, Mecklenburg County
Courts, Charlotte Mecklenburg Police

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3: 25-cv-374-FDW
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

Amend **COMPLAINT FOR A CIVIL CASE**

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — Tony Lurue Clark Jr.
Street Address — 11618 Stewarts Crossing Dr
City and County — Charlotte, Mecklenburg
State and Zip Code — North Caroline, 28215
Telephone Number — 980-497-2761
E-mail Address — t729426280@gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Mecklenburg County Sheriffs
Goverment Agency
700 E 4th St
Charlotte, Mecklenburg
North Carolina 28202
(704) 336-8100
www.MeckSheriff.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Sgt. Fennell
Lieutenant
N/A
Mecklenburg

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Stafford or Stratford
Sheriff officer
N/A

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Chilosm
Sheriff
N/A

See Atached form.

Case 3:25-cv-00374-FDW-SCR    Document 6    Filed 01/27/26    Page 2 of 10

Defendant NO. 5
Name: Vital Core
Job or title: Medical entity
Street address: 805 S. Wheatley St. Suite 340

State and zipcode: Ridgeland, MS 39157
Defendant No. 6
Name: Ali Haal
Job or title: Provider
Street Address: N/A

Defendant NO. 7

Name: Mecklenburg County Courts
Job or title: Courthouse
Street address: 832 E 4th st
City and county: Charlotte, Mecklenburg
State and zipcode: North Carolina, 28202
Defendant NO. 8
Name: Judge Cecilia Osegueva
Job or title: Judge
Street address: 832 E 4th st
City and county: Charlotte, Mecklenburg
State and zipcode: North Carolina, 28202
Defendant NO.9
Name: Charlotte Mecklenburg Police Department
Job or title: Law enforcement officers
Street address: Precinct that is in control of patrolling
                2825 Morson St, Charlotte, NC 28208
City and county: Charlotte, Mecklenburg
State and zipcode: North Carolina, 28208
Telephone Number: 911

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.S. AmeNd 1, U.S. CoNst. Amend 8, N.C. Const.art 1§ 13. N.C. Const.art 1S.14. N.C. Const.art 1,27 N.C. Const.art 1 § 19 N.C. Const art 1§ 17 G.S.164-10s17, N.C. Const.art 1.20 U.S. Const. Amend 3 N.C. Const.art 1,§31 U.S. Const.amend. XIV S 1, N.C. Const.art 1§ 19 N.C. Const.art 1 20 G.S.164-10,20 Article: North Carolina's Declaration of Rights Fertile ground in Federal Climate

### B. If the Basis for Jurisdiction Is Diversity of Citizenship 36 N.C. Const. L. Rev 145

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the

   State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated

   under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

   the State of *(name)* _____ . Or is a citizen of

   *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached page

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached page

Statment of Claim

① ON May 9th 2025 I was denied to attend Bible study in Mecklenburg county Jail. By Sgt. Chilsom. He denied bible study for thisty minutes in Pod 1900 Approx. 2000hrs to 2030hrs. This caused me mental anguish in a time I needed to fellowship and worship God. I'm seeking to be granted three point five million. Dollars,

② ON April, 21st 2025 Judge Cecilia Osegueva Set as excessive amount of bail for 150,000 at the Mecklenburg county Courthouse. For a alleged Non-voilent crime. This caused me to not to beable to afford bond, for me to lose my residence and 56. I also Just lost all my personal property in Storage. I'm seeking to be granted Three point five million Dollars,

③ ON or Around April 26th to April 28th 2024 officer Stratford or Stafford and Sgt. Fennell fail to do their duties. By not contacting there Superiors regarding my release, Therefore I was held against my own free will. When a Judge released me on a friday, I was held in jail a extra forty eight hours. This caused me a lot of mental health issues, Stress, and agony Lost of employment... I would like to be granted Three point five million dollars.

④ ON or Around April 9th to April 28th 2024 Vital Core Staff and Ali Haul medical provider didn't tend to my medical needs not giving me medicine or Compression Socks or shoes to support my right leg knowing I was gunshot victum, at <span>→</span>

Case 3:25-cv-00374-FDW-SCR   Document 6   Filed 01/27/26   Page 6 of 10
bury county jail. Still in recovery stage.

I have Chronicle pain due to this neglect. I'm seeking to be granted Three point five million Dollar.

5) ON April, 15th 2025 CMPD & DPS/Probation Quartered me in my home. They assumed a tatical formation and order me to come out of my home on louder Speaker in front of my neighbors. They huminlate me infront of everyone. They caused me fear of them as public officers. I have PTSD because of this and my mental health is not stable, I have Nightmares about this incident but with a different outcome. I Lost my home and all my possessions. I'm frowned upon in the community because of this. I would like to be granted Three point five millions dollars,

Relief
4,000 for Eviction debt, 5,000 Studio equipment 50,000 for Finicial Aid. Not able to complete school cause of mental Stability. loss of wages 40,000 Lost of Job. 3.5 million from each party for Mental health anguish do to everything Stated in this case. 10,000 for furniture and electronics that was lost this year. 3.5 million for excessive buil which caused loot of Job and house, 3.5 million for not recieving Proper care during Recovery. 3.5 million for causing destroying my character and breaking a promise to me.

Honorable Judge Frank D. Whitney.      1/25/2026

Good Morning. I was writing this to notify you that due too demostic reasons with my family my address 6719 Hidden Forest Dr. Charlotte N.c. 28213 is not a good address for me to get legal mail. I was incarcerated back in october 2025 in Mecklenbury County Jail. I didn't recieve anything that may have been sent that address regarding this Case. I have put in change of address again. Futhermore

I have not used any A.I. to get my information. I use the Mecklenburg County Sheriffs Law Library for all laws an statues. I do use the web defindizy on the internet to make sure I'm using words correctly.

I Also Already filed indegigint cause I don't have No where to live and have No Job or income at this time.

I don't have means of transportation. Sincerly,
as well as living in a Rural Area.

MADE FOR MORE - (JOSH BALDWIN)

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     1/25/2026

Signature of Plaintiff

Printed Name of Plaintiff     Tony Lurue Clark Sr.

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address